**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-12671

Non-Argument Calendar

————————————

CORNERS AT 1700,

   d.b.a. Corners at 1700,

*Plaintiff-Appellee,*

*versus*

CHRISTOPHER BUTLER,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-03521-ELR

————————————

Before NEWSOM, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

Christopher Butler, proceeding *pro se*, appeals the district court's order remanding his dispossessory action to state court for

2                    Opinion of the Court                    25-12671

lack of subject matter jurisdiction.  That order, however, is unreviewable on appeal.  *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) ("Cases remanded for lack of jurisdiction are immune from review even if the district court's decision is clearly erroneous.").  Further, Butler did not invoke 28 U.S.C. §§ 1442 or 1443 as the basis for the removal.  *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 593 U.S. 230, 238-39 (2021) (concluding that, because the defendants cited § 1442 in their notice of removal, the whole of the district court's remand order was reviewable on appeal).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.